# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISSER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FOWLER,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01746-LJO-SKO<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT'S SEVENTH AND TWENTY-THIRD AFFIRMATIVE DEFENSES**<br><br>(Doc. 12) |

The Court is in receipt of the parties' "Stipulation of Dismissal as to Defendant's Seventh and Twenty-Third Affirmative Defense." (Doc. 12.) Pursuant to the stipulation, the Court hereby DISMISSES Defendant's Seventh and Twenty-Third affirmative defenses (*see* Doc. 1-2) with prejudice. In addition, as also stipulated by the parties, Defendant's Answer, Page 1, Lines 19-20 is amended to read "Plaintiff DAVID WEISSER."

IT IS SO ORDERED.

　　Dated: __April 15, 2019__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE